# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| MONIKA MAGDI MIKHAIL,<br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; GENESIS FS CARD SERVICES, INC.; and TRANS UNION LLC;<br>      Defendants. | CASE NO.  1:20-cv-05148-KAM-RML<br>   ECF Case<br><br><br><br>**JOINT STIPULATION AS TO PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff Monika Magdi Mikhail ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree as follows:

1. On October 26, 2020, Plaintiff filed a Complaint in this matter [Doc. No. 1] (the "Complaint").

2. On November 18, 2020, Trans Union filed its Answer To Plaintiff's Complaint And Affirmative And Additional Defenses [Doc. No. 14].

3. On November 10, 2020, Plaintiff filed a Letter Motion to Correct Caption and Substitute Defendant Genesis FS Card Services, Inc. for Defendant Genesis Credit Management, LLC [Doc. 13], which the Court granted on November 30, 2020.

4. On that same day, Plaintiff filed an Amended Complaint [Doc. No. 17] (the "Amended Complaint") that contains no new allegations directed toward Trans Union.

5. As the Amended Complaint contains no new allegations against Trans Union, Trans Union's Answer To Plaintiff's Complaint And Affirmative And Additional Defenses [Doc. No. 14] shall be deemed its response to Plaintiff's Amended Complaint, and any new allegations

in the Amended Complaint that could be read as being directed against Trans Union shall be deemed denied.

Date: <u>December 4, 2020</u>   Respectfully submitted,

<u>/s/ Camille R. Nicodemus</u>
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Date: <u>December 3, 2020</u>   <u>/s/ Brett D. Sherman (with consent)</u>
Adam G. Singer, Esq. (AS7294)
Brett D. Sherman, Esq. (BS5688)
Law Office of Adam G. Singer, PLLC
One Grant Central Place
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  (212) 842-2428
Email: asinger@adamsingerlaw.com
          brett.sherman@adamsingerlaw.com

*Counsel for Plaintiff Monika Magdi Mikhail*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **4th day of December, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Brett Sherman, Esq. brett.sherman@adamsingerlaw.com | Adam G. Singer, Esq. asinger@adamsingerlaw.com |
|---|---|
| Ashley D. Burman, Esq. aburman@jonesday.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **4th day of December, 2020**, properly addressed as follows:

| None. | |
|---|---|

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*