**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MONIKA MAGDI MIKHAIL,<br><br>              *Plaintiff*,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., GENESIS FS CARD SERVICES, INC., and TRANS UNION LLC,<br><br>              *Defendant(s)*. | Case No.: 1:20-cv-05148-KAM-RML<br><br><br>**STIPULATION AND**<br>**PROPOSED ORDER EXTENDING TIME**<br>**TO STRIKE AFFIRMATIVE DEFENSES** |

      IT IS HEREBY stipulated and agreed by and between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") that the time allowed to bring a motion moving to strike affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f)(2) be extended such that a motion to strike affirmative defenses may be brought at any time prior to the close of fact discovery. This stipulation has no bearing on parties other than Plaintiff and Experian.


Dated:   December 10, 2020


| | |
|---|---|
| /s/ Ashley D. Burman | /s/ Adam G. Singer |
| Ashley D. Burman<br>JONES DAY<br>250 Vesey Street<br>New York, New York 10281<br>212.326.3823<br>*Counsel for Experian Information Solutions, Inc.* | Adam G. Singer<br>LAW OFFICE OF ADAM G. SINGER, PLLC<br>One Grand Central Place<br>60 E. 42nd Street, Suite 4600<br>New York, NY 10165<br>212.842.2428<br>asinger@adamsingerlaw.com<br>*Counsel for Plaintiff* |

**SO ORDERED.**

_____
The Honorable Kiyo A. Matsumoto,
U.S.D.J.